## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES MCNIEL, JR., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-3206 |
| | § | |
| GOLD & SILVER BUYERS, INC., | § | |
| | § | |
| *Defendant*. | § | |

### FINAL JUDGMENT

In accordance with the court's order issued this day, it is **ORDERED, ADJUDGED, AND DECREED**:

1. That judgment by default be entered in favor of plaintiff Charles McNiel, Jr. ("McNiel") against defendant Gold & Silver Buyers, Inc. ("GSB");

2. That McNiel recover damages pursuant to 29 U.S.C. § 216(b) from GSB in the amount of $980.00 in unpaid overtime wages and $980.00 in liquidated damages for a total of $1,960.00;

3. That plaintiff recover attorney's fees and costs pursuant to 29 U.S.C. § 216(b) from GSB in the amount of $4,325.00; and

4. That interest shall accrue on this award at a rate of 0.10% per annum, from the date of entry of this judgment until the date the judgment is paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any Writ of Execution in this case, the court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on September 16, 2014.

_____
Gray H. Miller
United States District Judge